| Report: CZR0026 | 21ST JUDICIAL CIRCUIT<br>ST LOUIS COUNTY<br>CIRCUIT COURT DOCKET SHEET | Date: 17-Jan-2017<br>Time: 2:57:58PM<br>Page: 2 |
|---|---|---|

Case continued from previous page.

| 16SL-CC03606 | THEODA MILLS V ST. LOUIS COUNTY GOVERNMENT, ET AL | Security Level: 1 Public |
|---|---|---|

Document ID - 16-SMCC-9346;   Served To - GARDNER, SHARON;   Server - RINEHART, WILLIAM;   Served Date - 28-DEC-16;   Served Time - 00:00:00;   Service Type - Territory 30;   Reason Description -  Moved;   Service Text - MOVED

### Summons Returned Non-Est

Document ID - 16-SMCC-9348;   Served To - EDWARDS, DONALD;   Server - RINEHART, WILLIAM;   Served Date - 28-DEC-16;   Served Time - 00:00:00;   Service Type - Territory 30;   Reason Description -  Non-est;   Service Text - NO LONGER EMPLOYED

### Corporation Served

Document ID - 16-SMCC-9355;   Served To - STENGER, STEVE;   Server - RINEHART, WILLIAM;   Served Date - 27-DEC-16;   Served Time - 00:00:00;   Service Type - Territory 30;   Reason Description -  Served;   Service Text - LC

03-Jan-2017   **Summons Returned Non-Est**

Document ID - 16-SMCC-9354;   Served To - THEARD, JOYCE;   Server - RINEHART, WILLIAM;   Served Date - 28-DEC-16;   Served Time - 00:00:00;   Service Type - Territory 30;   Reason Description -  Moved;   Service Text - N/S - NOT AT THIS LOCATION

Report: CZR0026

**21ST JUDICIAL CIRCUIT**
**ST LOUIS COUNTY**
**CIRCUIT COURT DOCKET SHEET**

Date: 17-Jan-2017
Time: 2:57:58PM
Page: 1

| 16SL-CC03606 | THEODA MILLS V ST. LOUIS COUNTY GOVERNMENT, ET AL | Security Level: 1 Public |
|---|---|---|

| Case Type: | CC Employmnt Discrmntn 213.111 | Case Filing Date: | 28-Sep-2016 |
|---|---|---|---|
| Status: | Pet Filed in Circuit Ct | | |
| Disposition: | | Disposition Date: | |

| | | Release/Status Change Date | Reason |
|---|---|---|---|
| Judge | **GLORIA CLARK RENO (36006)** | | |
| Plaintiff | **THEODA MILLS (@1152115)** | | |
| Attorney for Plaintiff | CELESTINE DOTSON (50633) | | |
| Defendant | **ST LOUIS COUNTY GOVERNMENT (@1152116)** | | |
| Defendant | **SHARON GARDNER (@1152118)** | | |
| Defendant | **DONALD EDWARDS (@1152119)** | | |
| Defendant | **JOYCE THEARD (@1152121)** | | |
| Defendant | **STEVE STENGER (@1152122)** | | |

| Filing Date | Description |
|---|---|
| 28-Sep-2016 | **Judge Assigned** |
| | DIVISION 19 |
| | **Pet Filed in Circuit Ct** |
| | Petition. |
| | **On Behalf Of:** THEODA MILLS |
| | **Filing Info Sheet eFiling** |
| | **Filed By:** CELESTINE DOTSON |
| 30-Sep-2016 | **Judge/Clerk - Note** |
| | NO SERVICE ADDRESSES FOR DFTS. NO SERVICE FEES. NO SUMMONS ISSUED. |
| 29-Nov-2016 | **Subpoena Requested** |
| | Memorandum requesting summons. |
| | **Filed By:** CELESTINE DOTSON |
| | **On Behalf Of:** THEODA MILLS |
| 30-Nov-2016 | **Summons Issued-Circuit** |
| | Document ID: 16-SMCC-9346, for GARDNER, SHARON. |
| | **Service/Attempt Date:** 28-Dec-2016 |
| | **Summons Issued-Circuit** |
| | Document ID: 16-SMCC-9348, for EDWARDS, DONALD. |
| | **Service/Attempt Date:** 28-Dec-2016 |
| | **Summons Issued-Circuit** |
| | Document ID: 16-SMCC-9354, for THEARD, JOYCE. |
| | **Service/Attempt Date:** 28-Dec-2016 |
| | **Summons Issued-Circuit** |
| | Document ID: 16-SMCC-9355, for STENGER, STEVE. |
| | **Service/Attempt Date:** 27-Dec-2016 |
| 28-Dec-2016 | **Summons Returned Non-Est** |

Case: 4:17-cv-00257   Doc. #: 1-1   Filed: 01/23/17   Page: 3 of 25 PageID #: 5

51B.
12-30

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 16SL-CC03606 |
|---|---|
| Plaintiff/Petitioner:<br>THEODA MILLS | Plaintiff's/Petitioner's Attorney/Address<br>CELESTINE DOTSON<br>SUITE 301<br>300 NORTH TUCKER<br>ST. LOUIS, MO 63101 |
| vs. | **FILED**<br>JAN 03 2017<br>JOAN M GILMER<br>CIRCUIT CLERK, ST. LOUIS COUNTY |
| Defendant/Respondent:<br>ST. LOUIS COUNTY GOVERNMENT | Court Address:<br>ST LOUIS COUNTY COURT BUILDING |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| | (Date File Stamp) |

*(handwritten: Shelley House 179 Brewster)*

## Summons in Civil Case

The State of Missouri to: JOYCE THEARD
Alias: *30,*
*Rinew*

41 S. CENTRAL AVE
CLAYTON, MO 63105

*COURT SEAL OF*



*ST. LOUIS COUNTY*

     You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
    SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

<u>30-NOV-2016</u>
Date

Further Information:
KC

_____
Clerk

## Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title)
☑ other _____ NOT WORKING @ THIS LOCATION MOVED

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on 12/28/16 (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
                Date

_____
Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| Total | $ _____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

*(handwritten vertical right: 2016 DEC 23 PM 12: 52 RECEIVED)*

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* Document ID# 16-SMCC-9354   1   (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

12-23



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 16SL-CC03606 |
| Plaintiff/Petitioner:<br>THEODA MILLS | Plaintiff's/Petitioner's Attorney/Address<br>CELESTINE  DOTSON<br>SUITE 301<br>300 NORTH TUCKER<br>ST. LOUIS, MO 63101 |
|          vs. | |
| Defendant/Respondent:<br>ST. LOUIS COUNTY GOVERNMENT | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

**FILED**
JAN 0 3 2017
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

### Summons in Civil Case

The State of Missouri to:  SHARON GARDNER

Alias: 30.
Rinew

41 S. CENTRAL
CLAYTON, MO 63105

*COURT SEAL OF*

*ST. LOUIS COUNTY*

      You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
      SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

<u>30-NOV-2016</u>
Date

Further Information:
KC

_____
Clerk

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☑ other ___MOVED  NOT  WORKING @ THIS LOCATION___
N/EST (address).

Served at _____ (address).
in _____ (County/City of St. Louis), MO, on 12/28/16 (date) at _____ (time).

_____
Printed Name of Sheriff or Server

Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date)

(Seal)

My commission expires: _____
Date

Notary Public

2016 DEC 23  PM 12: 52

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $  10.00 |
| Mileage | $_____ (____ miles @ $_____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) *For Court Use Only: Document ID# 16-SMCC-9346*   1   (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

*Do lower EMP*

*S/B 12-30*



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>GLORIA CLARK RENO  171 | Case Number: 16SL-CC03606 |
|---|---|
| Plaintiff/Petitioner:<br>THEODA MILLS | Plaintiff's/Petitioner's Attorney/Address<br>CELESTINE DOTSON<br>SUITE 301<br>300 NORTH TUCKER<br>ST. LOUIS, MO 63101 |
| Defendant/Respondent:<br>ST. LOUIS COUNTY GOVERNMENT<br>Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | vs.<br>Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105<br>(Date File Stamp) |

**FILED**
JAN 03 2017
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

### Summons in Civil Case

The State of Missouri to: DONALD EDWARDS

**41 S. CENTRAL AVE**
**CLAYTON, MO 63105**

Alias: *30-*
*Rinew*

**COURT SEAL OF**

*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

30-NOV-2016
Date

Further Information:
KC

_____
Clerk

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name), _____ (title).
☐ other   *No Lower Employed N/OST*
Served at _____ (address)
in _____ STL_____ (County/City of St. Louis), MO, on 12/27/16 (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ ( _____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Case: 4:17-cv-00257   Doc. #: 1-1   Filed: 01/23/17   Page: 6 of 25 PageID #: 8

S18
12-30



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 16SL-CC03606 |
|---|---|
| Plaintiff/Petitioner:<br>THEODA MILLS            177 | Plaintiff's/Petitioner's Attorney/Address<br>CELESTINE DOTSON<br>SUITE 301<br>300 NORTH TUCKER<br>ST. LOUIS, MO 63101 |
|  vs. | **FILED**<br>JAN 0 3 2017<br>JOAN M. GILMER<br>CIRCUIT CLERK, ST. LOUIS COUNTY |
| Defendant/Respondent:<br>ST. LOUIS COUNTY GOVERNMENT | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** STEVE STENGER

41 S. CENTRAL AVE
CLAYTON, MO 63105

Alias: 30
Rinew

**COURT SEAL OF**

**ST. LOUIS COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

<u>30-NOV-2016</u>
Date

_Joan M. Gilmer_    Clerk

Further Information:
KC

---

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
☑ Other   LEFT w/ GEN ENSNIL Co. COUNSELOR

Served at   41 S CENTRAL   (address)
in   STL   (County/City of St. Louis), MO, on  12/27/16  (date) at  9:00  (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

(Seal)     Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                          Date          Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30 (SMCC) For Court Use Only: Document ID# 16-SMCC-9355     1     (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 16SL-CC03606 |
|---|---|
| Plaintiff/Petitioner:<br>THEODA MILLS | Plaintiff's/Petitioner's Attorney/Address<br>CELESTINE  DOTSON<br>SUITE 301<br>300 NORTH TUCKER<br>ST. LOUIS, MO  63101 |
| vs. | |
| Defendant/Respondent:<br>ST. LOUIS COUNTY GOVERNMENT | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to:  SHARON GARDNER | |
|---|---|
| | Alias: |

41 S. CENTRAL
CLAYTON, MO 63105

*COURT SEAL OF*



*ST. LOUIS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

<u>30-NOV-2016</u>
Date _____ Clerk

Further Information:
KC

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____             _____
Printed Name of Sheriff or Server             Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date             Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ _____ |
| Non Est | $ _____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $  10.00 |
| Mileage | $ _____ ( _____ miles @ $. _____ per mile) |
| **Total** | $ _____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document ID# 16-SMCC-9346**   2   (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document ID# 16-SMCC-9346**   3   (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>GLORIA CLARK RENO | Case Number:  16SL-CC03606 |
| Plaintiff/Petitioner:<br>THEODA MILLS | Plaintiff's/Petitioner's Attorney/Address<br>CELESTINE  DOTSON<br>SUITE 301<br>300 NORTH TUCKER<br>ST. LOUIS, MO  63101 |
| vs. | |
| Defendant/Respondent:<br>ST. LOUIS COUNTY GOVERNMENT | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | |

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to:  **DONALD EDWARDS**
              Alias:

**41 S. CENTRAL AVE**
**CLAYTON, MO 63105**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

       You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
       **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

<u>30-NOV-2016</u>
**Date**

_____
Clerk

**Further Information:**
**KC**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by:  (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
    Printed Name of Sheriff or Server                  Signature of Sheriff or Server

      **Must be sworn before a notary public if not served by an authorized officer:**
       Subscribed and sworn to before me on _____ (date).
*(Seal)*
       My commission expires: _____     _____
                                     Date                                Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30  (SMCC) *For Court Use Only*: Document ID# 16-SMCC-9348     1     (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                                   54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

## Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

## Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

## Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document ID# 16-SMCC-9348**   2   (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

(3) **Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

(4) **Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

(5) **Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* Document ID# 16-SMCC-9348   3   (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>GLORIA CLARK RENO | Case Number: 16SL-CC03606 |
| Plaintiff/Petitioner:<br>THEODA MILLS | Plaintiff's/Petitioner's Attorney/Address<br>CELESTINE DOTSON<br>SUITE 301<br>300 NORTH TUCKER<br>ST. LOUIS, MO 63101 |
| vs. | |
| Defendant/Respondent:<br>ST LOUIS COUNTY GOVERNMENT | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** JOYCE THEARD
**Alias:**

41 S. CENTRAL AVE
CLAYTON, MO 63105



*COURT SEAL OF*

*ST. LOUIS COUNTY*

    You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
    **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

<u>30-NOV-2016</u>
Date                                                          Clerk

Further Information:
KC

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                    Date                              Notary Public

**Sheriff's Fees, if applicable**
| | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $ | (_____ miles @ $. _____ per mile) |
| **Total** | $ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document ID# 16-SMCC-9354**   2   (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

(3) **Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

(4) **Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

(5) **Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document ID# 16-SMCC-9354**    3    (Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



**IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI**

| | |
|---|---|
| Judge or Division:<br>GLORIA CLARK RENO | Case Number:  16SL-CC03606 |
| Plaintiff/Petitioner:<br>THEODA MILLS | Plaintiff's/Petitioner's Attorney/Address<br>CELESTINE   DOTSON<br>SUITE 301<br>300 NORTH TUCKER<br>ST. LOUIS, MO  63101 |
|                    vs. | Court Address:<br>ST LOUIS COUNTY COURT BUILDING |
| Defendant/Respondent:<br>ST. LOUIS COUNTY GOVERNMENT | 105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  **STEVE STENGER**
                      **Alias:**

41 S. CENTRAL AVE
CLAYTON, MO  63105

*COURT SEAL OF*



*ST. LOUIS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
        **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739 or TTY at 314-615-4567, at least three business days in advance of the court proceeding.

<u>30-NOV-2016</u>
Date

Further Information:
KC

_____
                        Clerk

---

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
   Printed Name of Sheriff or Server                          Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*         Subscribed and sworn to before me on _____ (date).

            My commission expires: _____      _____
                                        Date                         Notary Public

---

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-99) SM30  (SMCC) *For Court Use Only:* Document ID# 16-SMCC-9355    1    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
                                                        54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

## THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI

Twenty First Judicial Circuit

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES

### Purpose of Notice

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

### Your Rights and Obligations in Court Are Not Affected By This Notice

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

### Alternative Dispute Resolution Procedures

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* Document ID# 16-SMCC-9355    2    (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

(3) **Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator. The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions. While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

(4) **Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations. The neutral third party may issue an advisory opinion regarding the merits of the case. The advisory opinion is not binding.

(5) **Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations. A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed. After the "trial", the jurors retire to deliberate and then deliver an advisory verdict. The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral. As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals. The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list. The Circuit Clerk also has Neutral Qualifications Forms on file. These forms have been submitted by the neutrals on the list and provide information on their background and expertise. They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 7900 Carondelet Avenue, 5th Floor, Clayton, Missouri 63105. The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral. The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73

OSCA (7-99) SM30 (SMCC) *For Court Use Only:* **Document ID# 16-SMCC-9355**   3   (Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - St.Louis County - November 29, 2016 - 03:11 PM

### IN THE CIRCUIT COURT ST. LOUIS COUNTY
### STATE OF MISSOURI

Theoda Mills, an individual,        )
)
      **Plaintiff,**             )     CASE NO.:  16SL-CC03606
)
vs.                     )
St. Louis County Govt.        )
Sharon Gardner, in her individual and  )
official capacity            )
Donald Edwards, in his individual    )
and official capacity,  Joyce Theard   )
in her individual and official capacity,  )
Steve Stenger in his official capacity,  )
**Defendant,**                 )

### <u>MEMORANDUM REQUESTING SUMMONS FOR DEFENDANTS AND SERVICE OF INTERROGATORIES AND REQUEST FOR PRODUCTION</u>

     Comes now, Plaintiff Theoda Mills,  by and through counsel, Celestine Dotson,

and requests a summons be provided for each of the Defendants in the above captioned

case.

The names and addresses of Defendants are as follows:

**Sharon Gardner**            **Joyce Theard**

41 S. Central Ave.           41 S. Central Ave.

Clayton, MO 63105          Clayton, MO 63105


**Donald Edwards**            **Steve Stenger**

41 S. Central Ave.           41 S. Central Ave.

Clayton, MO 63105          Clayton, MO 63105

Electronically Filed - St Louis County - November 29, 2016 - 03:11 PM

Respectfully submitted this
29th day of November,

By:

Celestine Dotson, #50633
300 N. Tucker, Ste.301
St. Louis, MO 63101
314-454-6543 Phone
314-241-4943 Fax

**16SL-CC03606**

Electronically Filed - St Louis County - September 28, 2016 - 01:17 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY

STATE OF MISSOURI

| | | |
|---|---|---|
| Theoda Mills, an individual , | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Jury Demand |
| | ) | |
| St. Louis County Govt. | ) | |
| Sharon Gardner, in her individual | ) | |
| and Official capacity, | ) | |
| Donald Edwards,  in his individual | ) | |
| and Official capacity, Joyce Theard | ) | |
| in her individual and Official Capacity | ) | |
| Steve Stenger in his Official Capacity | ) | |

<u>PETITION</u>

Theoda Mills, for his petition against St. Louis County, Missouri et all states and alleges as follows:

1.  This case arises under the Missouri Human Rights Act, RSMo. Sec. 213.010 et seq.,

(MHRA). Mills has dutifully filed his complaint and received a "right to sue letter" after exhausting all of his administrative remedies pursuant to the act.

2.  Theoda Mills is a resident of St. Louis County., Missouri.

3.  St. Louis County employs more than six employees in the State of Missouri such that it is an "employer" under RSMo.  Sec. 213.010 (7).

4.  Defendants, Sharan Gardner, Donald Edwards, Joyce Theard  were acting on behalf of St. Louis County Govt. and were directly involved in the acts and omissions, and were acting in the course and scope of their duties for St. Louis County Govt. such that they were "employers" within the meaning of RSMo. Sec. 213.010 (7).

5. Steve Stenger , as County Executive, is the employer of Theoda Mills within the meaning of RSMo. Sec. 213.010(7) . He  has authorized aforementioned defendants to act under his direction and pursuant to his policy and procedure.

Electronically Filed - St Louis County - September 28, 2016 - 01:17 PM

5. As the acts of discrimination took place in St. Louis County, Missouri Venue is proper in this court under MHRA.

6. St. Louis County illegally discriminated against Theoda Mills based on his disability, activity protected under the MHRA when they terminated his employment with the St. Louis County Department of Health.

7. St. Louis County requires all employees to comply with local, state and federal laws regarding employment practices.

8. At the time Mr. Mills had been a health inspector with the County for more than five years.

9. Mr. Mills had a severe allergy to shellfish.

10. Mr. Mills was over the age of forty at all times material hereto.

11. The defendants, Sharon Gardener, Donald Edwards and Joyce Theard were all aware of Mr. Mills' condition before he was fired.

12. The County and Gardener, Edwards and Theard refused to accommodate him.

13. Upon information and belief, St. Louis County, and defendants Gardener, Edwards and Theard regarded Mills as having physical impairment which substantially impaired one or more of his major life activities.

14. Despite being aware of Mr. Mills' allergy, his supervisors continually placed him on job assignments that would force him to come into intimate contact with shellfish.

15. On one or more occasions, such contact caused Mr. Mills to be overcome with illness and hospitalized for several days.

16. Following these incidents, Mr. Mills was repeatedly and continually treated differently than younger coworkers not suffering from or having a record of a disability and was made to work in a hostile work environment.

17. His work and performance were routinely criticized and he was subjected to abusive treatment and demotion by St. Louis County and his Supervision.

18. Mr. Mills suffered economic damages and emotional distress damages as a result of the discriminatory conduct of the defendants.

## COUNT ONE

## AGE DISCRIMINATION IN VIOLATION OF MHRA

20. Mills restates and incorporates by reference all preceding paragraphs of this petition.

21. As a direct and proximate result of St. Louis County et all's conduct, Mills has sustained damages in the form of lost income, loss of sick time and vacation time that

Electronically Filed - St Louis County - September 28, 2016 - 01:17 PM

should have been earned, emotional pain and mental suffering and anguish, inconvenience and loss of enjoyment of life.

22.  St. Louis County's conduct was outrageous due to its evil motive and conscious and or reckless disregard for Mills' rights, entitling him to punitive damages.

23.  Mills has been forced to engage the services of an attorney and is entitled to an award of attorneys' fees and costs due to defendants' conduct.

Wherefore, Plaintiff, Theoda Mills prays for judgment against St. Louis County , Gardener, Edwards and Theard for his actual and punitive damages, for an award of attorney's fees and costs, and for such other and further relief as the court deems just and equitable in the premises.

## COUNT TWO

## DISABILITY DISCRIMINATION IN VIOLATION OF THE MHRA

24.  Mills restates and incorporates by reference all preceding pargraphs of this petition.

25.  As a direct and proximate result of the St. Louis County and Gardener, Edwards and Theard's conduct , Mills has sustained damages in the form of lost income, including sick time and vacation time that could have been earned and emotional paint including mental suffering and anguish, inconvenience and loss of enjoyment of life.

26.  The defendants' conduct was outrageous due to their evil motive and reckless disregard for Mills' rights, entitling him to punitive damages.

27.  Plaintiff has been forced to engage the services of an attorney and is entitled to an award of attorneys' fees and costs due to defendants' conduct.

Wherefore, Plaintiff, Mills prays for judgment against the defendants for actual damages, punitive damages, attorneys fees and for such other and further relief as the court deems jus and equitable.

## COUNT THREE

## VIOLATION OF THE AMERICANS WITH DISABILITIES ACT, 42 USC SECT. 12101, et. Seq.("ADA"),

28.  Mills restates and incorporates by reference all preceding paragraphs of this petition.

Electronically Filed - St Louis County - September 28, 2016 - 01:17 PM

29. Defendant is an employer within the meaning of 42 USC sect. 2000.e et seq.

30. Mills has satisfied all procedural requirements to commencing this action.

31. Venue is appropriate because the events that gave rise to this complaint occurred in this jurisdiction.

32. Mills is an individual with a physical impairment that substantially limits one or more major life activities.

33. St. Louis County and the codefendants, had a record of Mills' substantially limiting impairment.

34. As a direct and proximate result of Defenants' actions they violated his rights pursuant to the ADA/ADAA in that they failed to make reasonable accommodations to Mr. Mills so that he could retain his position, they demoted Mr. Mills and then terminated him.

35. Plaintiff has been forced to engage the services of an attorney and is entitled to an award of attorneys' fees and costs due to defendants' conduct.

Wherefore, Plaintiff prays for judgment against the defendants in the official and individual capacities for his actual, emotional and punitive damages, for an award of attorney's fees and costs, and for such other and further relief as the court deems just and equitable in the premises.

Respectfully submitted this

28 September 2016

/s/ Celestine Dotson
Celestine Dotson, #50633
*Attorney for the Plaintiff*
300 N. Tucker
Suite 301
St. Louis, MO 63101
Phone 314-454-6543
Fax 314-241-4943

I certify and attest that the above is a true copy of the original record of the Court in case number _16SL-CC03606_ as it appears on file in my office.

Issued

*January 17, 2017*

**JOAN M. GILMER**, Circuit Clerk
St. Louis County Circuit Court

By _____
Deputy Clerk

CCOPR36   Rev. 06/00