UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THEODA MILLS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.  4:17cv0257 PLC |
| ST. LOUIS COUNTY GOVERNMENT, et al., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered July 11, 2017; the Memorandum and Order entered July 24, 2017; the Memorandum and Order entered October 23, 2017; and the Memorandum and Order entered herewith:

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's claims and causes of action against defendants Sharon Gardner, Donald Edwards, Joyce Theard, and Steve Stenger are dismissed with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's MHRA claims against all defendants are dismissed with prejudice.

**IT IS FINALLY ORDERED AND ADJUDGED** defendant St. Louis County shall have judgment against Plaintiff on Plaintiff's claim of disability discrimination under the Americans with Disabilities Act, and this claim is dismissed with prejudice.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of June, 2018